No. 82–1071. ALUMINUM COMPANY OF AMERICA ET AL. *v.* CENTRAL LINCOLN PEOPLES' UTILITY DISTRICT ET AL.

C. A. 9th Cir. Certiorari granted.